United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS BOARD OF TRUSTEES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SLK, INC., et al.,<br><br>Defendants. | Case No. 19-cv-01812-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted plaintiffs' motion for default judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of plaintiffs and against defendants.

The court ORDERS judgment for plaintiffs in the amount of $216,299.95. The court further ORDERS that defendants provide the trade or business and fraudulent transfer related information requested by plaintiffs, as such relief is specified in Judge Westmore's report and adopted by this court in its accompanying order. The court ORDERS that defendants satisfy payment of this judgment within 90 days (unless the parties stipulate to another deadline) and provide the required information within 30 days.

**IT IS SO ORDERED.**

Dated: January 29, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge