UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS BOARD OF TRUSTEES, et al., | Case No. 19-cv-01812-PJH |
|---|---|
| Plaintiffs, | |
| v. | **ORDER REFERRING MOTIONS FOR JUDGMENT DEBTOR EXAM TO MAGISTRATE JUDGE WESTMORE** |
| SLK, INC., et al., | |
| Defendants. | |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Westmore for resolution of plaintiffs' motions for a judgment debtor exam (Dkt. 55 and Dkt. 57), as well as all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is **VACATED**.

Judge Westmore will advise the parties of how she intends to proceed. She may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. All further discovery matters shall be filed pursuant to Judge Westmore's procedures.

**IT IS SO ORDERED.**

Dated: January 19, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record